UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CIVIL ACTION NO.:

ALENA ZUBKEVICH
    Plaintiff

vs.

CLASSICA CRUISE OPERATOR,
LTD, INC., d/b/a MARGARITAVILLE
AT SEA and MARGARITAVILLE AT
SEA, LLC,

    Defendants

_____/

## **COMPLAINT**

Plaintiff, ALENA ZUBKEVICH, sues the Defendants, CLASSICA

CRUISE OPERATOR, LTD, INC., (CLASSICA) and MARGARITAVILLE AT

SEA, LLC, (MARGARITAVILLE) and alleges:

1. Plaintiff is a person of the full age of majority, sui juris and a citizen and

resident of the State of Florida.

2. At all times material hereto, Defendant Classica is a foreign profit

corporation incorporated in the Commonwealth of the Bahamas, conducting

business in the State of Florida.

1

3.  At all times material hereto, the Defendant Margaritaville is a Delaware limited liability company, with its principal place of business in the State of Florida.

4.  The jurisdiction of this Court is based upon 28 U.S.C. 1322, also known as Diversity of Citizenship.  Plaintiff is a resident of the State of Florida.  The Defendant Classcia is a foreign corporation.  The Defendant Margaritaville is a Delaware limited liability company. The amount in controversy is in excess of $75,000.00.

5. Alternatively, and only in the event that diversity is not established, jurisdiction of this Court is based upon 28 USC 1333, known as Admiralty Jurisdiction.   The Plaintiff's claims as asserted herein arise out of events occurring on a vessel, on navigable waters, and out of a traditional maritime activity, the operation of a passenger cruise ship.

6.  Venue is proper in this Court pursuant to The Federal Courts Jurisdiction and Venue Clarification Act of 2011.

7.   At all times material hereto, the Defendants conducted ongoing and substantial business activities in the Southern District of Florida, such that *in personam* jurisdiction exists in this district.

8. At all times material hereto, the Defendants engaged in the business of operating maritime cruise vessels for paying passengers, including Plaintiff, to and from ports in the State of Florida.

9. At all times material hereto, the Defendant Classica was the owner of the vessel, *Margaritaville at Sea Paradise.*

10. At all times material hereto, the Defendant Classica maintained, operated and/or controlled the vessel, *Margaritaville at Sea Paradise*.

11. Alternatively and/or concurrently, the Defendant Margaritaville was the owner of the vessel *Margaritaville at Sea Paradise* at all times material hereto.

12. Alternatively and/or concurrently, the Defendant Margaritaville maintained, operated and/or controlled the vessel *Margaritaville at Sea Paradise* at all times material hereto.

13. On August 23, 2023 the Plaintiff set sail as a fare paying passenger from the Port of Palm Beach aboard *Margaritaville at Sea Paradise* for a cruise to the Bahamas, with a return on August 25, 2023.

14. On August 25, 2023 while still on board the *Margaritaville at Sea Paradise,* the Plaintiff was injured when she struck an unmarked clear glass door that had been closed without warning.

3

15. The Defendants owed a duty to Plaintiff, and all other passengers, to exercise  reasonable and ordinary care in the proper maintenance, operation and inspection of the ship, and to warn of dangerous conditions of which they knew or should have known.

16. The Defendants breached their duty to Plaintiff by allowing the clear glass doors to close without warning or notice.

17. This condition was either created by the Defendants such that they had actual knowledge, or existed for a sufficient time such that the Defendants should have known of it.

18.  As a direct and proximate result, the Plaintiff struck the unmarked clear glass and was injured.

19.  As a direct and proximate result, Plaintiff is entitled to recover actual damages, past and future medical expenses, past and future wage loss, past and future pain and suffering, past and future mental anguish, and loss of capacity for the enjoyment of life from the Defendants.

20. Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff, ALENA ZUBKEVICH, demands judgment from the Defendants CLASSICA CRUISE OPERATOR,  LTD, INC., d/b/a MARGARITAVILLE  AT SEA and MARGARITAVILLE AT SEA, LLC, for

4

damages, costs, prejudgment interest on liquidated sums, post-judgment interest, and such other ancillary relief as may be required.

DATED this ___ day of August 2024.

> GLENN J. WEBBER, P.A.
> Attorney for Plaintiff
> 101 East Ocean Boulevard, Suite 203
> Stuart, Florida 34994
> (772) 287-5600
> courts@webberfl.com
>
>
> _____
> Glenn J. Webber, Esquire
> Florida Bar No.: 356158